FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JAN 29 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>Miolano, Raymond<br><br>  Defendant. | Case No.: 08-331-AG<br>         08-332-AG<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ____CD CA____, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.   (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___Backgrd, cmty ties unknown; bail resources unknown; nature of allegs, which evid lack of amenability to supervision___

and/or

B.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ____Criminal history record; substance abuse history_____

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 1/29/10

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE