FILED
CLERK, U.S. DISTRICT COURT
JUN 24 2011
CENTRAL DISTRICT OF CALIFORNIA
BY shy DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>Miolano, Raymond<br>Defendant. | Case No.: SACR 08-331 AG<br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _backgrd cmty ties unknown; bail resources unknown; ongoing substance abuse problem; history of noncompliance w/ supervision conditions_

_____

_____

and/or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on  Substance abuse history; alleged gang membership; criminal history record, incl multiple prior convs for narcotics trafficking

_____

_____

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 6/24/11

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE